# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 30, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132218(76)

MARY ELLEN McDONALD,
       Plaintiff-Appellee,

v

FARM BUREAU INSURANCE CO,
       Defendant-Appellant.

SC: 132218
COA: 259168
Genesee CC: 03-076398-NF

_____

      On order of the Chief Justice, the motion by plaintiff-appellee for extension to November 16, 2007 of the time for filing her supplemental brief is considered and it is GRANTED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 30, 2007

Clerk